**CASE CLOSED**

Philip D. Stern, Esq.
Andrew T. Thomasson, Esq.
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1329
Telephone: (973) 379-7500

*Attorneys for Plaintiff, Medicine to Go Pharmacy, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICINE TO GO PHARMACIES, INC., on behalf of plaintiff and the class members defined herein,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP., and JOHN DOES 1-10,<br><br>Defendants. | CASE NO.: 2:16-cv-07741-MCA-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, MEDICINE TO GO PHARMACIES, INC., hereby gives notice of dismissal of this action in its entirety without prejudice as to Plaintiff or the rights of the unnamed putative class members.

STERN•THOMASSON LLP
Representing Plaintiff, Medicine to Go Pharmacy, Inc.

Dated: January 10, 2017

*s/ Andrew T. Thomasson*
Andrew T. Thomasson

SO ORDERED
1/12/17
Madeline Cox Arleo, U.S.D.J.